U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

GRASSY CREEK HOLDING COMPANY, LLC
EIN: 20-1745469,
                    Debtor.

Bankruptcy Case No. 08-25330-ABC

HARVEY SENDER, TRUSTEE, Plaintiff

Adversary Proceeding No. 10-01694

v.

SKI TOWN PUBLICATIONS, INC., Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION TO VACATE AND RESCHEDULE HEARING OF WEDNESDAY, OCTOBER 5, 2011 AT 9:30 A.M. UPON DEFENDANT'S MOTION FOR OUT OF TIME ENLARGEMENT TO ANSWER PLAINTIFF'S INTERROGATORIES, REQUEST FOR ADMISSIONS, AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

---

     Defendant, by and through legal counsel, Ralph A. Cantafio, Esq. of the Law Offices of Ralph A. Cantafio, P.C. who moves for a vacation of the Hearing currently scheduled for Wednesday, October 5, 2011 at 9:30 a.m. (Mountain Time) pertaining to Defendant's Motion for Out of Time Enlargement to Answer Plaintiff's Interrogatories, Request for Admissions, and Requests for Production of Documents. As good grounds therefor, Defendant states as follows:

1. <u>Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1 (a):</u> Undersigned counsel for Defendant certifies that he has conferred with Plaintiff's counsel, Ethan J. Birnberg, Esq., regarding this Motion. Mr. Birnberg has no object to the request for relief.

2. Undersigned counsel is in possession of the Notice of Hearing and Order Holding Case In Abeyance and Vacating Trial calling for, among other things, a Hearing to be conducted on Wednesday, October 5, 2011 at 9:30 a.m.  This Court allows an appearance by telephone.

3. Undersigned counsel is departing for vacation to the Outer Banks of North Carolina on Saturday, September 24, 2011 and returning to Colorado on Saturday, October 8, 2011.  Such prevents undersigned counsel from personal appearance at this Hearing.  There exists no other lawyer in this office familiar with this case so as to participate in this counsel's absence.

4. Undersigned counsel is more than willing to participate by telephone.  However, as he is communicated to opposing counsel, undersigned counsel's only means of contacting this Court at the anointed time is by cell phone.  Undersigned counsel appreciates from previous experiences that poor telephonic communications can be both irritating to the Court and an impediment pertaining to the conducting of a meaningful Hearing.

5. Under these circumstances, undersigned counsel is able to participate by cell phone, but has no idea as to the quality of that phone transmission.

6. Rather than risk poor communication, undersigned counsel instead requests that this Court reschedule the Hearing anytime after his return to Colorado.

7. No party to this action would be prejudiced by the relief requested herein.

8. Undersigned counsel does not foresee any future complications pertaining to further enlargement or vacations of such Hearings.

WHEREFORE, it is respectfully requested that Hearing as currently scheduled be vacated and rescheduled as this Court deems appropriate.

Respectfully submitted this 22nd day of September, 2011.

RALPH A. CANTAFIO, P.C.

In accordance with D.C.COLO.LCivR 5.1(E), a printed copy of this document with original signature is being maintained by the filing party and will be made available for inspection by the other parties or the court upon request.

By: /s/ Ralph A. Cantafio, Esq. (#162800
P.O. Box 774567
Steamboat Springs, CO 80477
Phone: (970) 879-4567
Fax: (970) 879 4511

CERTIFICATE OF MAILING

      I hereby certify that this 23rd day of September, 2011, I placed a true and correct copy of the foregoing document in the U.S. Mails, postage prepaid, correctly addressed to:

Office of the US Trustee, Region 19
999 18th Street
Denver, CO  80202

Harvey Sender
Sender & Wasserman PC
1660 Lincoln Street, Ste. 2200
Denver, CO  80264

Ethan J. Birnberg, Esq.
600 17th Street, Ste. 1800 South
Denver, CO  80202-5441

Ski Town Publications, Inc.
c/o Deb Olsen
100 Park Avenue, Ste. 209
Steamboat Springs, CO  80487

In accordance with D.C.COLO.LCivR 5.1(E), a printed copy of this document with original signature is being maintained by the filing party and will be made available for inspection by the other parties or the court upon request.

/s/ Shauana Merrill

Y:\CIVIL\Elam Const\Grassy Creek\Bankruptcy Cases\Grassy Creek Holding Company, LLC (08-25330-ABC)\Adversary Proceedings\Ski Town Publications_Deb Olsen (10-1694)\Pleadings\11-09-21.Unopposed Motion to Vacate and Reschedule October 5 Hearing.doc